Form of Bond for Security of Costs.

To the declaration the defendants interposed a plea of *non est factum* and a general demurrer, which was written underneath the plea, and assigned as special causes of demurrer :

*First*, that said declaration did not show that the said Mary Hearman, mentioned in said declaration, is deceased, but, on the contrary, shows that she was alive at the time of the commencement of the said suit.

*Second*, that the said declaration did not show whether the said Coonrad Hearman did or did not, from the time of the date of the said bond mentioned in said declaration to the time of his decease, maintain and support, or cause to be maintained and supported, the said Mary Hearman.

*Third*, because it did not appear from said declaration that the said plaintiff gave any consideration for said bond, or had any interest in it; and that the breach assigned did not show or set forth how the said plaintiff became liable for the support of the said Mary Hearman.

The plaintiff moved to strike out the demurrer as irregular and frivolous.

> J. ROMEYN, *plaintiff's counsel.*
> SEYMOURS & ROMEYN, *plaintiff's attorneys.*
> J. E. TAYLOR, *defendants' counsel and attorney.*

---

[*282]    *FORM OF A BOND FOR SECURITY FOR COSTS, *under the act entitled " An act relating to excise and to licensing retailers of intoxicating liquors," passed May 14, 1845.*

The following was a suit commenced under the act above mentioned, in the county of Albany. A motion was made at the February special term, 1847,

to set aside the declaration and proceedings in the cause, on the ground that the bond for security for costs filed was informal and insufficient.

Mr. Justice BEARDSLEY, who held that term, took the case under advisement, and on the 5th of March, 1847, made the following order, which is published herein, at an early period, for the benefit of the profession, as a *proper form* for the bonds in such cases.